# Exhibit 2

An Infringing Product

